UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALBERTINA B. ESQUIVEL,<br><br>    Plaintiff,<br><br>    v.<br><br>WASHINGTON BEEF, L.L.C., a limited liability corporation,<br><br>    Defendant. | NO. CV-05-3041-RHW<br><br>**ORDER DISMISSING COMPLAINT** |

On December 14, 2005, the parties filed a joint Stipulation for Dismissal (Ct. Rec. 24). Accordingly, **IT IS HEREBY ORDERED** that the above-captioned action is **DISMISSED**, with prejudice and with each party bearing its own costs.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order, furnish copies to counsel, and to **close the file**.

**DATED** this 15th day of December, 2005.

s/ ROBERT H. WHALEY
Chief United States District Judge

Q:\CIVIL\2005\Esquivel\ord.stip.dismiss.wpd

**ORDER DISMISSING COMPLAINT** * 1